IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:10CR3122 |
| | ) | |
| v. | ) | |
| | ) | |
| RODOLFO RODRIGUEZ, | ) | ORDER ON MOTION TO SEAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the Motion for Permission to Seal, ECF No. 71, is granted.

Dated November 1 , 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge