IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:10CR3122 |
| vs. | ORDER ON MOTION FOR PERMISSION TO SEAL |
| RODOLFO RODRIGUEZ, | |
| Defendant. | |

IT IS ORDERED that the Motion for Permission to Seal, ECF No. 86, is granted.

Dated this 20 th day of November, 2012.

BY THE COURT:

_____
Warren K. Urbom
United States Senior District Judge